FILED

SEP 20 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  MARK D. PETERS (sbn 110981)
   Peters & Peters
2  645 Fourth Street, Suite 213
   Santa Rosa, CA 95404
3  (707) 545-9250

4  Attorney for Defendants FAIRFIELD-SUISUN UNIFIED SCHOOL DISTRICT,
   WOODROW CARTER, EDYIE SANTOMIERI, KIM CARMICHAEL and
5  GLORIA BANDY

6

7              UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 JOAN GAUT, STEPHANIE COBB,            No. 2:09 – CV – 03562 – JAM – KJN
   KENNETH MANUEL, and JOY
11 McALISTER                             ORDER GRANTING DEFENDANTS'
                                         MOTIONS FOR SUMMARY
12         Plaintiffs,                   JUDGMENT AND/OR SUMMARY
                                         ADJUDICATION OF ISSUES
13         v.

14 WOODROW CARTER, KIM
   CARMICHAEL, EDYIE SANTOMIERI,
15 GLORIA BANDY, individually and in
   their official capacities, the FAIRFIELD-
16 SUISUN UNIFIED SCHOOL DISTRICT,
   and DOES I through X,
17
           Defendants.
18 _____/

19         Defendants' Motions for Summary Judgment and/or Summary Adjudication

20 of Issues having come on the Court's regularly scheduled Law and Motion Calendar for

21 September 7, 2011, at 9:30 a.m., in Courtroom 6, with William M. Simpich appearing on

22 behalf of Plaintiffs and Mark D. Peters appearing on behalf of Defendants, the Court having

23 considered the papers filed in support of, and in opposition to the Motion, and the arguments

24 of Counsel, and good cause appearing therefor,

25         IT IS HEREBY ORDERED:

26         Defendants' Motions for Summary Judgment and/or Summary Adjudication

27 of Issues are granted as follows:

28         Regarding all Defendants' contention that Plaintiffs can not establish the but-

1  for causation required to establish a claim under the Age Discrimination In Employment Act,
2  the Motions are granted and that cause of action is dismissed as to all Defendants. (*Gross*
3  *v. FBL Services, Inc.* (2009) __ U.S. __, __; 129 S.Ct. 2343, 2348.)

4  "As to the individual Defendants' assertion that they may not incur liability
5  under either Plaintiffs' cause of action for violation of the Age Discrimination In
6  Employment Act, or their cause of action for violation of the California Fair Employment
7  And Housing Act, the Motions are granted and Plaintiffs' Amended Complaint is dismissed
8  as to individual Defendants Woodrow Carter, Kim Carmichael, Edyie Santomieri and Gloria
9  Bandy. (*Miller v. Maxwell's Int'l, Inc.* (9th Cir. 1993) 991 F.2d 583, 587; *Reno v. Baird*
10 (1998) 18 Cal.4th 640, 663; *Jones v. Lodge at Torrey Pines Partnership* (2008) 42 Cal.4th
11 1158, 1173 - 1174.)

12 As to the School District's contention that it is immune from suit in federal
13 Court pursuant to the sovereign immunity conferred by the eleventh amendment to the
14 constitution, the Motions are granted and *JAM judgment is granted on the* remaining Fair Employment and Housing
15 Act cause of action ~~against the School District is dismissed~~ *JAM* as to Defendant Fairfield-Suisun
16 Unified School District ~~without prejudice~~ *JAM*. (*Kimel v. Florida Board of Regents* (2000) 528
17 U.S. 62, 66, 72 - 74.)

18 Regarding Defendants' argument that they should not incur any liability
19 because their actions were required, and specifically authorized by the terms of the No Child
20 Left Behind Act (Tit. 20 U.S.C. Section 6316, subdivisions (b)(7)(C)(iv), (b)(8)(B)(ii), and
21 (b)(8)(B)(v)), the Motions are denied on that basis.

22 The Court does not reach Defendants' contentions that (1) they were
23 statutorily immune from liability on Plaintiffs' cause of action for violation of the California
24 Fair Employment And Housing Act pursuant to California Government Code Sections 820.2
25 and 815.2, subdivision (b), or (2) Defendants' argument that they were entitled to qualified
26 immunity from liability from both causes of action in the Amended Complaint.

27 Defendants' objections to Plaintiffs' evidence are ~~sustained~~ *well founded but*
28 *need not be decided as the Court can reach its decision without specifically ruling on these objections.* *JAM*

-2-

1  DATED: September 20, 2011

                                          _____
                                          The Honorable John A. Mendez

Approved as to form:


_____
Mr. William M. Simpich
Attorney for Plaintiffs

PROOF OF SERVICE

I am a citizen of the United States and a resident of the County of Sonoma. I am over the age of 18 years and not a party to the above-entitled action. My business address is 645 Fourth Street, Suite 213, Santa Rosa, California 95404. On the below mentioned date, I served the PROPOSED ORDER GRANTING MOTIONS FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION OF ISSUES on the attorneys of record in said action by entering it into the Electronic Case Filing System.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: September 18, 2011

/s/ Mark D. Peters
Mark D. Peters